Jon B. Fougner (State Bar No. 314097)
jon@fougnerlaw.com
600 California Street, 11th Floor
San Francisco, California 94108
Telephone: (415) 577-5829
Facsimile: (206) 338-0783

*One of the Attorneys for Plaintiff Jeffrey Katz Chiropractic, Inc.*

[Additional counsel appear in signature block]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIVITY HEALTH SUPPORT, LLC,<br><br>Defendant. | Case No. 18-cv-05400-RS<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed:  September 1, 2018 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, through their undersigned counsel, stipulate to and respectfully request the dismissal of this action in its entirety—with prejudice with respect to Plaintiff's individual claims but without prejudice with respect to the putative class claims. The Parties have agreed that each party will bear its own attorneys' fees, expenses and costs.

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from each of its signatories.

For Plaintiff:

1  By: /s/ *Jon B. Fougner*
   Jon B. Fougner (State Bar No. 314097)
2  jon@fougnerlaw.com
   600 California Street, 11th Floor
3  San Francisco, California 94108
   Telephone: (415) 577-5829
4  Facsimile: (206) 338-0783

5
   For Defendant:
6
7  By: /s/ *David C. Layden*
   David C. Layden, Admitted Pro Hac Vice
8  dlayden@jenner.com
   353 N. Clark St.
9  Chicago, IL 60654
   Telephone:312 222-9350
10 Facsimile:312 527-0484

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28