UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIVITY HEALTH SUPPORT, LLC, <br><br> Defendant. | Case No. 18-cv-05400-RS <br><br> [~~PROPOSED~~] **ORDER OF DISMISSAL** |

All parties have filed a stipulation of dismissal of the entire action. Pursuant to the parties' stipulation, and good cause appearing, the Court orders that the entire action is dismissed, with prejudice with respect to Plaintiff's individual claims but without prejudice with respect to the putative class claims.

The clerk is ordered to close the docket.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __11/14/19__

_____
RICHARD SEEBORG
United States District Judge